UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMANTHA RIZZOLO, on behalf of
herself and all others similarly situated,

      Plaintiff,

  v.

JOHNNY D'S BEACH BAR & GRILL,
LLC, and JOHN DAVIS, individually,

      Defendants.

CASE NO.:  3:21-cv-00628-TJC-JRK

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), the Parties respectfully notify the Court that they have reached a resolution to this action.  The Parties anticipate submitting the settlement agreement for approval within the next 14 days.

Dated this 18th day of October, 2021.

*/s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
Jordan@jordanrichardspllc.com
Jake@jordanrichardspllc.com
USA EMPLOYMENT LAWYERS-
JORDAN RICHARDS, PLLC
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
Telephone: 954-871-0050

*Attorneys for Plaintiff*

*/s/ Cullan E. Jones*
Todd S. Aidman, Esq.
Florida Bar No.: 173029
taidman@fordharrison.com
Cullan E. Jones, Esq.
Florida Bar No. 98615
cjones@fordharrison.com
Ford & Harrison LLP
101 East Kennedy Blvd., Suite 900
Tampa, FL  33602
Telephone:  813-261-7800

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Todd S. Aidman, Esq.
Florida Bar No.: 173029
taidman@fordharrison.com
Cullan E. Jones, Esq.
Florida Bar No. 98615
cjones@fordharrison.com
Ford & Harrison LLP
101 East Kennedy Blvd., Suite 900
Tampa, FL  33602
Telephone:  813-261-7800


/s/ *Jordan Richards*
Jordan Richards, Esq.
Florida Bar No. 108372

WSACTIVELLP:12577250.2
3:48 PM

2